IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:98CR250 |
| ) | |
| v. ) | |
| ) | |
| LAMAR RUNNELS, ) | REASSIGNMENT ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 19th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge